UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SMITH ARDELL, | No. 2:13-cv-0545 DAD P |
| Plaintiff, | |
| v. | ORDER |
| VACAVILLE C.M.F. STATE PRISON MEHTAL HEALTH SERVICES MEDICAL CARE DEPARTMENT, | |
| Defendants. | |

By order filed January 30, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Although it appears from the court's file that plaintiff's copy of the court's January 30, 2014 order was returned as undeliverable, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: March 11, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
arde0545.fta

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 4)